Sept. 20, 2015
81,893-01

Abel Acosta, Clerk

Tx Court of Criminal Appeals

P. o. Box 12308, Capitol Station

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 23 2015

Abel Acosta, Clerk

In re: White Card Notice - 7-13-2015  WR-21,893-01
    Denial of "Petition For Release on P.R."

To: Abel Acosta, Chief Clerk:

It was just noticed that the White Card notice of Denial of my "Petition For Release on Personal Recognizance Pending Appeal of Constitutionally Challenged Conviction on Actual Innocence" was wrongfully placed under my original Art. 11.07 State Writ of Habeas Corpus number, NOT the successive Art. 11.07 Writ that [should] have reached the Court of Criminal Appeals on new issues of Constitutional violation.

As the Petition was originally filed with Harris County post-filing of my successive Art. 11.07, I am now wondering how my Petition reached the C.C.A. BEFORE my 2nd Writ of H.C. filing which finally reached your office on Sept. 1, 2015 per White Card Notice.

At this time I am requesting that your office please correct the Writ number for my successive Writ of Habeas Corpus received

①

and filed on Sept. 1, 2015 for proper review & action by the Court. Any other action but this would violate my Rights per Art. 1 §13 of the Texas Constitution.

I thank you for your time and assistance on this important legal matter.

Respectfully submitted,
is/ Joseph Johnson Jr.

Joseph Johnson Jr. 1752171
C.T. Terrell Unit
1300 F.M. 655
Rosharon, Tx. 77583

JJJ/wey.

Dated & documented